Case 1:20-cv-00165 Document 44 Filed on 12/07/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO CESAR MEDRANO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:20-CV-165 |
| § | |
| KILOLO KIJAKAZI, § | |
| § | |
| Defendant. § | |

**ORDER**

In October 2017, Julio Medrano filed a petition for review of the Administrative Law Judge's decision to deny him disability insurance benefits. (Doc. 1)

On November 8, 2021, the Magistrate Judge issued a Report and Recommendation (Doc. 41) recommending that Medrano's petition be denied because the Administrative Law Judge's decision is supported by substantial evidence. No party filed objections. The Court finds no clear error in the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation (Doc. 41). As a result, it is:

**ORDERED** that the Petitioner Julio Medrano's petition for review of the denial of disability insurance benefits and supplemental security income is **DENIED.**

The Clerk of Court is directed to close this matter.

Signed on December 7, 2021.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge